IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL Docket No 04-1606 VRW |
| DEEP VEIN THROMBOSIS | ORDER |

This Document Relates To:

03-5186   VRW
_____/

    Plaintiff have filed a notice of dismissal of all claims against Recaro Aircraft Seating pursuant to FRCP 41(a)(1).  Doc #41. Recaro Aircraft Seating is the only named defendant remaining in this action; the other defendants are identified as DOE defendants.  Accordingly, Recaro Aircraft Seating and the remaining unnamed defendants are DISMISSED without prejudice.  The clerk is directed to CLOSE the file and TERMINATE all motions.

    SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge