LAW OFFICES OF
**O'REILLY & DANKO**
A PROFESSIONAL CORPORATION

TERRY O'REILLY  045712
MICHAEL S. DANKO  111359
STEPHEN J. PURTILL  100102
KRISTINE K. MEREDITH  158243
SCOTT D. PEEBLES  227493
MARY BETH O'CONNOR  228591
OF COUNSEL
GARY L. SIMMS  096239

1900 O'FARRELL STREET, SUITE 360
SAN MATEO, CALIFORNIA 94403
TELEPHONE (650) 358-5901
FACSIMILE (650) 358-2575

ATTORNEYS FOR PLAINTIFF



IT IS SO ORDERED
Judge Vaughn R Walker
March 4, 2008

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN Re:<br>DEEP VEIN THROMBOSIS | MDL Docket No. 04-1606 VRW |
| This Document Relates to: | **STIPULATION OF DISMISSAL** |
| *Woods v. American Airlines, Inc.;*<br>Case No. C03 05186 VRW | |

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: December ____, 2007

David Woods

-1-
STIPULATION TO DISMISSAL

-2-

1  Dated: ~~December~~ 2/14, ~~2007~~ 2008    O'REILLY & DANKO

2

3                                                          By _____/s/_____
                                                           Michael S. Danko
4                                                          Attorneys for Plaintiffs Woods

5

6  DATED: December ___, 2007                              KENNEY & MARKOWITZ LLP

7

8  .                                                       _____
                                                           Stephen C. Kenney
9                                                          Attorney for Defendant American Airlines

10

LAW OFFICES OF
O'REILLY & DANKO
A PROFESSIONAL CORPORATION
1900 O'FARRELL STREET, SUITE 360
SAN MATEO, CA 94403
TELEPHONE (650) 358-5901

-2-
STIPULATION TO DISMISSAL

1  
2  Dated: January ___, 2008                    O'REILLY & DANKO
3                                              By _____
4                                                 Michael S. Danko
                                                  Attorneys for Plaintiffs Woods
5
6
7  DATED: February 25, 2008                   KENNEY & MARKOWITZ LLP
8                                             _____
9                                             Samantha Davies Hilton, Esq.
                                              Attorney for Defendant American Airlines
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

LAW OFFICES OF
O'REILLY & DANKO
A PROFESSIONAL CORPORATION
1900 O'FARRELL STREET, SUITE 160
SAN MATEO, CA 94403
TELEPHONE (650) 358-5901

-2-
STIPULATION TO DISMISSAL
*Woods v. American Airlines, Inc.*